# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BCG MASONIC CLEVELAND, LLC f/k/a TEMPLELIVE CLEVELAND, LLC, | ) ) ) CASE NO. 1:21-cv-00710 |
| Plaintiff, | ) ) JUDGE PAMELA A. BARKER |
| v. | ) ) ) |
| LIVE NATION ENTERTAINMENT, INC.; and LIVE NATION WORLDWIDE, INC., | ) CONSENT MOTION FOR ) ENLARGEMENT OF TIME ) ) |
| Defendants. | ) ) |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Live Nation Entertainment, Inc. and Live Nation Worldwide, Inc. move for a 20-day extension of time, through and including May 20, 2021, within which they may answer, move or otherwise plead to the Complaint in Case No. 1:21-cv-00710 ("Complaint").

Plaintiff BCG Masonic Cleveland, LLC f/k/a TempleLive Cleveland, LLC consents to the instant Motion and request for additional time. No party will be prejudiced by the grant of this Motion, which is not interposed for purposes of unjust delay.

Respectfully submitted,

/s/ Thomas L. Feher
Thomas L. Feher (0038575)
Mark R. Butscha, Jr. (0088854)
Kelsey J. Mincheff (0097720)
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH  44114
Telephone: (216) 566-5532
Facsimile: (216) 566-5800
Tom.Feher@ThompsonHine.com
Mark.Butscha@ThompsonHine.com
Kelsey.Mincheff@ThompsonHine.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 26, 2021, a copy of foregoing *Consent Motion for Enlargement of Time* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                      /s/ Thomas L. Feher
                                      Thomas L. Feher